**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JOHN WAYNE HAMILTON,**
**et al.,**

     **Plaintiffs,**

**v.**                                                                      **Case No.   4:18cv493-MW/CJK**

**STATE OF FLORIDA,**
**et al.,**

     **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation.  ECF No. 7.  Upon consideration, no objections having been filed by the

parties,

     **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The

Clerk shall enter judgment stating, "This case is **DISMISSED** with prejudice." The Clerk shall

close the file.

     **SO ORDERED on February 7, 2019.**


                       **s/ MARK E. WALKER**
                       **Chief United States District Judge**